12 A.3d 284

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Raymond E. HAUN, Respondent.**

Supreme Court of Pennsylvania.

Jan. 3, 2011.

---

416

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of January, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether a petitioner who, following conviction, admits and maintains his guilt of the crimes for which he was convicted shall be denied the right to seek relief under the Post Conviction Relief Act, in light of the statute's language limiting relief to, *inter alia,* "persons convicted of crimes they did not commit." 42 Pa.C.S.A. § 9542.

In briefing this issue, the parties are directed to discuss following decisions: *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999), *Commonwealth v. Chester,* 557 Pa. 358, 733 A.2d 1242 (1999), and *Commonwealth v. Kimball,* 555 Pa. 299, 724 A.2d 326 (1999).